FILED

05/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0185

# IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 23-0185

| | |
|---|---|
| IN RE MONTANA STATE FUND'S APPLICATION FOR RELEASE OF DEPARTMENT OF JUSTICE CONFIDENTIAL CRIMINAL JUSTICE INFORMATION CONCERNING MATTHEW AILER, CDC-2014-98. | **APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF** |

Appellee, Montana State Fund, has moved the Court, pursuant to Montana Rules of Appellate Procedure 26(1), for an extension of time to file its Answering Brief, currently due on June 14, 2023. Good cause appearing therefore,

IT IS HEREBY ORDERED that Appellee Montana State Fund has up to and including July 14, 2023, in which to file its Answering Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 26 2023